UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**TIFFANY CHERIE BROWN,**

    **Plaintiff,**

v.                                                                                CASE NO.: 2:21-cv-02440-SDM-AAS

**PRADO ENTERPRISES INC. d/b/a
MCDONALD'S, and MICHAEL
HILL,
individually,**

    **Defendant.**
_____/

## NOTICE OF SETTLEMENT

Defendants, PRADO ENTERPRISES INC. d/b/a MCDONALD'S and MICHAEL HILL, by and through their undersigned counsel and pursuant to Local Rule 3.09(a), hereby notifies the Court that the parties have reached a settlement in the above-captioned matter.

Dated this 4th day of January, 2022.

                                                   */s/ Danielle M. Simpson*
                                                 Jessica DeBono Anderson, Esq.
                                                 FBN: 58503
                                                 Danielle M. Simpson, Esq.
                                                 FBN: 1010871
                                                 COLE, SCOTT & KISSANE, P.A.
                                                 1900 Summit Tower Place, Suite 400
                                                 Orlando, FL 32810
                                                 Phone: (321) 972-0090

- 2 -

        Facsimile: (321) 972-0099
        Primary E-mail:
        Jessica.Anderson@csklegal.com
        Secondary E-mail:
        Danielle.Simpson@csklegal.com
        Secondary E-mail:
        Cynthia.Acuna-Nelson@csklegal.com
        Attorneys for Defendants

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 4th day of January, 2022, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a Notice of Electronic Filing to Counsel of Record.

        */s/ Danielle M. Simpson*