UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

TIFFANY CHERIE BROWN,

    Plaintiff,

v.                                CASE NO. 8:21-cv-2440-SDM-AAS

PRADO ENTERPRISES, INC., et al.,

    Defendants.
_____/

**ORDER**

The parties announce (Doc. 15) a settlement. Under Local Rule 3.09(b), this action is **DISMISSED** subject to the right of any party within sixty days (1) to submit a stipulated form of final order or judgment or (2) to move to vacate the dismissal for good cause. The clerk is directed to close the case.

ORDERED in Tampa, Florida, on January 6, 2022.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE